474 A.2d 692

Commonwealth v. Ramos, Appellant.

Submitted March 5, 1984.  William T. Cannon, for appellant;  Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.

474 A.2d 693

Commonwealth v. Robinson, Appellant.

Submitted January 4, 1984.  Daniel H. Greene, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, TAMILIA and HOFFMAN, JJ.

Judgment of sentence affirmed.